IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Madison, Jerry | Case Number: 07 B 03880 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 3/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 24, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 417.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 394.48 |
| Trustee Fee: | | 22.52 |
| Other Funds: | | 0.00 |
| Totals: | 417.00 | 417.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 2,059.00 | 394.48 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 4. | American General Finance | Secured | 2,000.00 | 0.00 |
| 5. | Cook County Collector | Secured | 1,000.00 | 0.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 17,836.75 | 0.00 |
| 7. | B-Real LLC | Unsecured | 212.82 | 0.00 |
| 8. | Capital One | Unsecured | 96.89 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 170.06 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 66.29 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 12. | Fbcs Inc | Unsecured | | No Claim Filed |
| 13. | Farmers Insurance Group | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Credit One | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Island National Group | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | HFC | Unsecured | | No Claim Filed |
| 24. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 25. | SBC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Madison, Jerry | Case Number: 07 B 03880 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 3/6/07 |

| | | | |
|---|---|---|---|
| 26. Conscrdtsvcs | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 23,441.81 | $ 394.48 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 22.52 |
| | _____ |
| | $ 22.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____